UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON SINGH and KAREN SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:17-cv-2580 TLN DB PS<br><br><br><br><br><br>ORDER |

Plaintiffs Ron Singh and Karen Singh are proceeding pro se. The Clerk has issued summons and the case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

Good cause appearing, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, March 23, 2018, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. Within fourteen (14) days after plaintiffs are served with this order, plaintiffs shall serve upon each defendant one copy of this order, as well as a copy of the Notice of Availability of a Magistrate Judge and the related form that were served on plaintiffs by the Clerk on December 8, 2017; within five (5) days after serving the required copies on the defendants, plaintiffs shall file a certificate of service indicating the date and manner of service of the copies on the defendants;

1

3. All parties are required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on his or her own behalf. Any party may appear at the status conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status (Pretrial Scheduling) Conference; a party may not appear telephonically over a cellphone.

4. Plaintiffs shall file and serve status reports on or before **March 9, 2018**, and defendants shall file and serve status reports on or before **March 16, 2018**. Each party's status report shall address all of the following matters:

   a. Progress of service of process;

   b. Possible joinder of additional parties;

   c. Possible amendment of the pleadings;

   d. Jurisdiction and venue;

   e. Anticipated motions and the scheduling thereof;

   f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

   g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

   h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

   i. Whether the case is related to any other case, including matters in bankruptcy;

   j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

   k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

   l. Any other matters that may aid in the just and expeditious disposition of this action.

5. Plaintiffs are advised that failure to file a timely status report, or failure to appear at the status conference either in person or telephonically, may result in a recommendation that this

action be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 110 and 183; and

    6. Plaintiffs are cautioned that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.[1]

Dated: February 9, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/singh2580.ossc

---

[1] However, the court may extend the time for service upon a showing a good cause.

3