UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON SINGH and KAREN SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:17-cv-2580 TLN DB PS<br><br><br><br><br>ORDER |

Plaintiffs Ron Singh and Karen Singh are proceeding pro se. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21). Plaintiffs' complaint alleges generally that defendants' enforcement of municipal codes violated plaintiffs' constitutional rights.

On September 26, 2018, the undersigned issued an order setting this matter for a November 16, 2018 hearing regarding service of process on the defendants. (ECF No. 24 at 3.) Plaintiffs were ordered to produce Scott Smith, who purportedly effected serviced on the defendants, at the November 16, 2018 hearing. (Id.)

On October 10, 2018, plaintiffs filed a motion "to decide this case on the merits[.]" (ECF No. 25.) Plaintiffs are advised that their motion is not brought pursuant to the Federal Rules of Civil Procedure. Moreover, this case cannot be decided on the merits until a defendant appears.[1]

---

[1] Plaintiffs are advised that this case cannot proceed until either: (1) the undersigned is satisfied that the defendants have been properly served; or (2) a defendant appears in this action.

1

Plaintiffs' motion will, therefore, be denied. Plaintiffs also filed another purported proof of service. (ECF No. 26.)

This document reflects that service was completed by "Ramona Garcia." (Id.) And on November 8, 2018, plaintiffs filed a request to continue the November 16, 2018 hearing. (ECF No. 27.) In light of plaintiffs' pro se status, the undersigned will grant plaintiffs this one continuation of the hearing regarding service of process on the defendants. Plaintiffs, however, are advised that the undersigned does not intend to grant any further continuations absent a showing of good cause. Moreover, given the continuation, plaintiffs will be ordered to also produce Ramona Garcia at the continued hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' November 8, 2018 request to continue (ECF No. 27) is granted;

2. The November 16, 2018 hearing regarding service of process on the defendants is continued to **Friday, December 7, 2018, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

3. <u>Each plaintiff shall appear in person at the hearing regarding service of process on the defendants</u>;

4. Plaintiffs shall produce Scott Smith at the **December 7**, **2018** hearing;

5. Plaintiffs shall produce Ramona Garcia at the **December 7**, **2018** hearing;

6. On or before **November 30, 2018**, plaintiffs shall serve a copy of this order on the defendants and shall file a proof of service of this order that includes the name of the person served, the address of the person served, the date and manner of the service, as well as the name and address of the person effecting the service;

7. On or before **November 30**, **2018**, plaintiffs shall file a document listing all cases, past and present, involving either plaintiff filed in this court; and

////
////
////
////

8. Plaintiffs' October 10, 2018 motion to decide this case on the merits (ECF No. 25) is denied without prejudice to renewal.

Dated: November 9, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/singh2580.cont.serv.hrg.ord